# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ISELA CHAVEZ | |
|     Plaintiff, | 2:09-CV-00230-JCM-LRL |
| vs. | ORDER |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, *et al.,* | |
|     Defendants. | |

    Presently before the court is petitioner Isela Chavez's petition for compromise of disputed claim of a minor, Mark Anthony Novelo. (Doc. #16). Responses were due on November 15, 2010, yet American Family Mutual Insurance Company (hereinafter "American Family") has not filed an opposition.

    In the present petition, the natural mother and legal custodial parent of Mark Anthony Novelo asks this court to approve the compromise between herself and American Family, pursuant to NRS 41.200. Petitioner asserts that her son Mark was hit by a car while crossing the street, and sustained injuries to his liver, back and forehead. Subsequently, American Family Insurance paid $5,000.00 pursuant to medical payments coverage. After the accident, the petitioner made demand on her insurance carrier American Family under her uninsured motorist coverage. As petitioner asserts, American Family denies liability for injuries, but by way of compromise, has offered the sum of $50,000.00 in consideration for a "full liability release and final discharge for all claims, charges and demands" arising out of the injuries to her son.

    Pursuant to NRS 41.200, "[i]f an unemancipated minor has a disputed claim for money against

a third person, either parent...has the right to compromise the claim. Such a compromise is not effective until it is approved by the district court of the county where the minor resides, or if the minor is not a resident of the State of Nevada, then by the district court of the county where the claim was incurred, upon a verified petition in writing, regularly filed with the court." Section (2) of NRS 41.200 sets forth the requirements of the petition, which include information about the incident, the minor, the guardian, the total amount of proceeds of the compromise and how those funds are to be distributed. NRS 41.200.

Further, the petition must explain why the compromise is in the best interest of the minor, and demonstrate "that petitioner has been advised and understands that acceptance of the compromise will bar the minor from seeking further relief from the third person offering the compromise." *Id.* When the claim involves personal injuries, such as here, "the petitioner must submit all relevant medical and health care records to the court at the compromise hearing." *Id.*

In accordance with NRS 41.200, petitioner explains how the accident occurred, that she is the natural mother and legal custodian of the minor, that they were residents of Nevada when the accident occurred, and the amount of the compromise. Petitioner also explains to the court that the total amount of medical bills was $36,246.40, and that Nevada Care made payments totaling $36,246.40 and claims a lien of $16,092.43 (doc. #16-1). Attached to the petition as Exhibits 2 (doc. #16-2) and 3 (doc. #16-3), are the pertinent medical records and a summary of the attorney's fees and costs incurred.

Petitioner asserts that after the "lien, [and] attorney's fees and costs, the net sum of $23,525.95 remains to be paid to a blocked trust account established in the name of Mark Anthony Novelo." Petitioner also asserts that she "fully understands that .... the minor will be forever barred and prevented from seeking further recovery or compensation from American Family..," and that the settlement is fair, reasonable and in the "best interest of the minor."

In light of the aforementioned, the court is inclined to approve the submitted compromise between the petitioner and American Family.

Accordingly,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that petitioner Isela Chavez's petition for compromise of disputed claim of a minor, Mark Anthony Novelo, (doc. #16) be, and the same hereby is, **APPROVED**.

**IT IS THEREFORE ORDERED** that American Family Mutual Insurance Company pay the sum of $50,000.000 in consideration for full liability release and final discharge for all claims, charges and demands arising out of the above described injuries to Mark Anthony Novelo.

**IT IS FURTHER ORDERED** that pursuant to NRS 41.200, the sum is to be paid to the mother of the child, Isela Chavez, and then placed in the blocked trust account in the name of Mark Anthony Novelo and maintained in accordance with sections (5) through (8) of NRS 41.200.

DATED: December 30, 2010

_____
JAMES C. MAHAN
United States District Judge