# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ISELA CHAVEZ, individually, and as mother and natural guardian of MARK ANTHONY NOVELO, a minor,<br><br>                          Plaintiff,<br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY dba AMERICAN FAMILY INSURANCE COMPANY, a foreign corporation doing business in Nevada; DOES I through III, and ROE CORPORATIONS I through III, inclusive,<br><br>                          Defendant. | Case No. : 2:09-CV-00230-JCM-LRL<br><br>**ORDER** |

Upon review and consideration of the Application to Withdraw as Counsel of Record for Plaintiffs, submitted by Philip T. Varricchio, Esq., of the law firm of Muije & Varricchio, good cause appearing therefor, it is hereby

ORDERED that the Application to Withdraw as Counsel of Record for Plaintiffs, submitted by Philip T. Varricchio, Esq., of the law firm of Muije & Varricchio, is GRANTED.

DATED this 6th day of April, 2011.

_____
LAWRENCE R. LEAVITT
U.S. MAGISTRATE JUDGE

Respectfully submitted,
MUIJE & VARRICCHIO

By:_____
Philip T. Varricchio, Esq. (Bar #1087)
1320 S. Casino Center Boulevard
Las Vegas, NV 89104